**SAMANTHA B. JAFFE**
California State Bar No. 324731
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Samantha_Jaffe@fd.org

Attorneys for Defendant
Saya Souvannaseng

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>       v.<br><br>Saya Souvannaseng,<br><br>                    Defendant. | Case No.:   22-CR-330-LL<br><br>Hon. Linda Lopez<br><br>**Notice of Motions and Motions to:**<br>**(1) Compel Discovery;**<br>**(2) Preserve Evidence, and**<br>**(3) Leave to File Further Motions** |

TO: RANDY S. GROSSMAN, ACTING UNITED STATES ATTORNEY, AND MATTHEW BREHM & DALE BLANKENSHIP, ASSISTANT UNITED STATES ATTORNEYS

**NOTICE OF MOTIONS & MOTIONS**

The defendant, Saya Souvannaseng, by and through counsel, Samantha B. Jaffe and Federal Defenders of San Diego, Inc., hereby moves this court to: (1) compel discovery; (2) preserve evidence; and (3) for leave to file further motions. These motions are based on the following memorandum of points and authorities in support.

                                                            Respectfully submitted,

Dated:  March 30, 2022           *s/ Samantha B. Jaffe*
                                                            Federal Defenders of San Diego, Inc.
                                                            Attorneys for Defendant
                                                            Saya Souvannaseng
                                                            Email:  Samantha_Jaffe@fd.org