RANDY S. GROSSMAN
United States Attorney
A. DALE BLAKENSHIP
Assistant U.S. Attorney
California Bar No.: 235960
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6705
Email: dale.blankenship@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22cr0330-LL |
|---|---|
| Plaintiff, | JOINT MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY |
| v. | |
| THUY CAM TRAN (1), | |
| SAYA SOUVANNASENG (2), | |
| Defendants. | |

    The parties, United States of America, by and through its counsel Randy S. Grossman, United States Attorney, and A. Dale Blankenship, Assistant United States Attorney, and the above-captioned defendants, through their attorneys, hereby jointly move pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for this Court to enter a Protective Order pertaining to pretrial discovery, and to prevent premature disclosure of evidence to other targets, subjects, and witnesses of ongoing investigations.  The parties jointly agree to the following:

    (1) That the defendants, counsel of record, and the counsels' assistants, as hereafter defined, shall not disclose the substance of any discovery material received from the United States in the above-captioned matter, to any third party, unless such material is already a matter of public record, without prior approval of this Court;

    (2) That the United States Attorney and the Assistant United States Attorney

assigned to this case (hereafter collectively referred to as "the United States") and their assistants, the defendant, counsel and assistants, shall not disclose the substance of any discovery material produced to the defendant or obtained by the United States from the defendant, unless such material is already a matter of public record, to representatives of the media or other third parties not involved in the overall investigation or prosecution of the case.

(3) Nothing contained herein shall prevent the United States, or any defendant or their counsel, from disclosing such discovery material to any other attorneys working for the United States, the defendant or counsel, government agents (federal, state or local), private investigators, experts, secretaries, law clerks, paralegals, or any other person who is working for the United States or the defendants and their counsel (collectively referred to as "assistants") in the investigation or preparation of this case or, with respect to the United States and its assistants only, in other criminal investigations, without prior court order.

(4) Further, nothing contained herein shall preclude the United States, the defendant or counsel, or the respective assistants from conducting a normal investigation of the facts of this case on behalf of the United States or the defendant, or with respect to the United States and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by discovery materials, or from taking statements from witnesses disclosed by discovery materials, or from asking witnesses if they themselves have made prior statements to the United States that are disclosed in the discovery materials, and about the contents of such statements.  In connection with any such investigation, it shall not be necessary that the United States, the defendant or his counsel, or the respective assistants, obtain prior permission of the Court.

(5) Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the United States within ten (10) days or, if agreed to by the parties, to replacement counsel.

(6) Defense counsel and the United States shall be required to communicate the

substance of this order and explain it to their clients and assistants before disclosing the substance of the discovery to their clients or assistants.

                                          Respectfully Submitted,

                                          RANDY S. GROSSMAN
Acting United States Attorney

DATED: 5/23/2022                    */s/ A. Dale Blankenship*
A. DALE BLAKENSHIP
Assistant United States Attorney

DATED: 5/23/2022                    */s/ David R. Silldorf*
DAVID R. SILLDORF
Attorney for Defendant
Thuy Cam Tran (1)

DATED: 5/23/2022                    */s/ Samantha B. Jaffe*
SAMANTHA B. JAFFE
Attorney for Defendant
Saya Souvannaseng (2)