RANDY S. GROSSMAN
United States Attorney
A. DALE BLANKENSHIP
MATTHEW BREHM
Assistant United States Attorneys
California Bar No. 235960/239288
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6705/8983
Email: dale.blankenship@usdoj.gov
Email: matthew.brehm@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR330-LL |
| Plaintiff, | |
| v. | **UNITED STATES' STATUS REPORT ON DISCOVERY** |
| THUY CAM TRAN, et al, | |
| Defendant. | |

COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, United States Attorney, Matthew Brehm and A. Dale Blankenship, Assistant United States Attorneys, and hereby files its status report on discovery, pursuant to Rule 16.1.

## I. BACKGROUND

On April 5, 2022, the Grand Jury returned a superseding Indictment charging Defendants Thuy Cam Tran, Saya Souvannaseng, Alexander Dam, and Sophorn Din Phuong. The Superseding Indictment alleges the following offenses: Conspiracy (Title 18,

U.S.C., Sec. 371); Illegal Gambling Business (Title 18, U.S.C., Sec. 1955); Maintaining a Drug-Involved Premises (Title 21, U.S.C., Sec. 856(a)(1)); and Felon in Possession of a Firearm (18, U.S.C., Secs. 922(g)(1) and 924(a)(2)).

Defendants Thuy Cam Tran and Saya Souvannaseng have been arrested and arraigned.  Alexander Dam will be brought to Court for arraignment on July 11, 2022, on a writ from state custody.  Defendant Sophorn Din Phuong is a fugitive.

The charged offenses relate to the operation of illegal gambling facilities and drug involved premises in San Diego.  The illegal gambling dens were equipped with electronic gambling machines which are programmed with several games of chance such as poker, blackjack, keno, jacks or better, and slot games.  Most of these establishments were open 24 hours a day, seven days a week, with some shutting down in the early morning hours and starting up again in the afternoons.  These locations were outfitted with exterior and interior video surveillance cameras, which were often monitored remotely by the establishment owners and managers. Those locations equipped with surveillance equipment often contained monitors showing a live feed of the video surveillance. The illegal gambling establishments typically had a hierarchy of employees.  The employees often included: doorman, banker, and money courier.

The illegal gambling dens were also drug involved premises.  The main draw to the illegal gambling establishments was methamphetamine use and sales.  Other drugs were also known to be used and sold inside these establishments.  It was rare to have a patron who did not use or sell methamphetamine inside these locations. Independent drug dealers and employees often sold drugs inside.  Further, it was common for employees to hand out small amounts of methamphetamine and "comp" customers who were playing. One owner described how he would give methamphetamine to patrons because it would draw them to the location and keep them playing on gambling machines.

//
//
//

## II. RULE 16.1 STATUS REPORT

Pursuant to Rule 16.1 and Local Rule 16.1, the parties must meet and confer within 14 days of the arraignment to discuss a timetable and procedures for pretrial disclosure. Since April 15, 2021, the United States and Defense Counsel have maintained consistent communication regarding ongoing discovery.

To date, the United States has produced approximately 40 gigabytes of discovery, including arrest reports, Defendant's rap sheet, audio and video files. The discovery contained approximately 3200 of pages of reports. The United States is also prepping for immediate disclosure discovery related to a Facebook account and cell phone download.

The United States is currently reviewing court orders relating to warrants to ensure all are produced, in addition, the United States is responding to specific requests for discovery from Defense Counsel.

To date, there are no disagreements between the parties regarding discovery.

DATED: July 8, 2022            Respectfully submitted,

RANDY S. GROSSMAN
United States Attorney

/s/ *Matthew Brehm*
Matthew Brehm
A. Dale Blankenship
Assistant United States Attorneys